UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CAROLYN CARTER,

        Plaintiff,        Case No.  05-74410

v.        District Judge Denise Page Hood

        Magistrate Judge R. Steven Whalen

DANIEL B. RUSSELL, et al.,

        Defendant.
_____/

## ORDER DISMISSING PLAINTIFF'S MOTION

The Court having received a faxed letter (filed 10/30/06) requesting withdrawal of Plaintiff's Motion to Compel (filed 9/13/06) [#26] and the court being fully advised in the premises;

IT IS HEREBY ORDERED that Plaintiff's Motion to Compel [#26] is hereby DISMISSED without prejudice.

        S/R. Steven Whalen
        R. STEVEN WHALEN
        UNITED STATES MAGISTRATE JUDGE

Dated: October 30, 2006

### CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served on the attorneys and/or parties of record by electronic means or U.S. Mail on October 30, 2006.

                    <u>S/Gina Wilson</u>
                    Judicial Assistant